UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------×

ABIGAIL CLARKE,

       *Plaintiff*,

  v.

THE METROPOLITAN MUSEUM OF ART,

       *Defendant*.

-----------------------------------------------------------------------×

**17 CV 0967**

**DECLARATION OF
WALKER G. HARMAN, JR.**

Pursuant to 28 U.S.C. § 1746, I, Walker G. Harman, Jr., an attorney admitted to practice in the United States District Court of the Southern District of New York, declare under penalty of perjury:

1.     I am an attorney of record for Plaintiff Abigail Clarke and commenced this action on her behalf. This Declaration is based upon my personal knowledge of the facts contained herein, as well as my knowledge as Plaintiff's attorney.

2.     I submit this Declaration in support of Plaintiff's Opposition to Defendant's Motion to Dismiss Plaintiff's Complaint.

3.     A true and correct copy of Plaintiff's Complaint in this matter is annexed hereto as Exhibit A.

4.     A true and correct copy of Plaintiff's New York State Division of Human Rights complaint is annexed hereto as Exhibit B.

5.     I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       March 31, 2017

                                                      s/ Walker G. Harman, Jr.
                                                      Walker G. Harman, Jr.